IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAELA MARTINA KING, a minor, by and through her next best friend and mother, MAUREEN KING, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JANIE KATHLEEN OSBORN, )<br>)<br>Defendant. ) | Case No. 3:06-cv-854-WKW-CSC |

**MOTION TO REMAND**

COMES NOW the Plaintiff in the above-styled cause who moves this Court for an Order remanding this cause to the Circuit Court of Macon County, Alabama. In support of this motion, the Plaintiff submits as follows:

1. Following the removal of this case, the Plaintiff Michaela Martina King, a minor, by and through her next best friend and mother, Maureen King, executed an Affidavit wherein she affirmed that she is not seeking more than $75,000 in this case. (Exhibit A). Additionally, Plaintiff Michaela Martina King affirmed that she will not request nor accept more than $75,000 to resolve this case.

2. Attached as Exhibit B is an Order that counsel for the Plaintiff and the Defendant have agreed upon to remand this case. It is anticipated that shortly after the filing of this Motion to Remand, the Defendant will file a pleading with this Court acknowledging that the case is due to be remanded.

Respectfully Submitted,

S/ DAVID M. COWAN
ASB-4957-W85D
*Attorney for Plaintiff*
**MANN, COWAN & POTTER, P.C.**
2000-B SouthBridge Parkway, Suite 601
Birmingham, Alabama 35209
Telephone: (205) 879-9661
Facsimile: (205) 879-9663
E-mail: David@mcplaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 18th day of October, 2006, electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following and that I have served non-CM/ECF participants via U.S. mail:

M. Brian Slaughter, Esq.
Varner & Associates
2600 Meadow Brook South, Suite 200
at 2600 Corporate Drive
Birmingham, Alabama 35242

R. Keith Thomas, Esq.
R. Keith Thomas, L.L.C.
404 South Main Street
Post Office Box 830899
Tuskegee, Alabama 36083

S/ DAVID M. COWAN
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAELA MARTINA KING, a minor, by and through her next best friend and mother, MAUREEN KING, <br><br> Plaintiff, <br><br> v. <br><br> JANIE KATHLEEN OSBORN, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:06-cv-854-WKW-CSC |

### AFFIDAVIT OF MICHAELA MARTINA KING

Before me, the undersigned Notary Public, in and for said County and State, personally appeared Michaela Martina King, a minor, by and through her next best friend and mother, Maureen King, who after being duly sworn, testified as follows:

1. My name is Maureen King and my daughter Michaela Martina King, a minor, is the Plaintiff in the above-styled action against Janie Kathleen Osborn. I am a resident of Macon County, Alabama. I am over the age of nineteen (19), have personal knowledge of the statements in this affidavit, and I am competent to testify.

2. The above-styled case, in which Michaela Martina King is the Plaintiff, does not involve compensatory and punitive damages, taken together, in excess of $75,000.

3. As the Plaintiff in the above-styled case, neither I nor Michaela Martina King will seek, argue for, or accept any judgment or sum of damages greater than $75,000.

4. If this case is remanded to state court, Michaela Martina King and I will remit and release any portion of a judgment or jury award in excess of $75,000.

Initial *MK*

I do hereby swear and affirm that all statements contained herein are true and accurate to the best of my knowledge, belief and ability.

FURTHER AFFIANT SAITH NOT.

IN WITNESS WHEREOF, I have hereunto set my hand and seal on this the __11__ day of __October__, 2006.

*Maureen King*
MAUREEN KING, as mother and
next best friend of Michaela Martina King

STATE OF ALABAMA    )
                    )
MACON COUNTY        )

SWORN TO AND SUBSCRIBED BEFORE ME on this the __11__ day of, __October__, 2006.

*[signature]*
NOTARY PUBLIC

My Commission Expires:

__6-8-2009__

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| MICHAELA MARTINA KING, a minor, by and through her next best friend and mother, MAUREEN KING, <br><br> Plaintiff, <br><br> v. <br><br> JANIE KATHLEEN OSBORN, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) )  Case No. 3:06-cv-854-WKW-CSC |

## ORDER OF REMAND

On September 25, 2006, this action was removed to this Court by Defendant on the basis of diversity jurisdiction. On October 18, 2006, Plaintiff moved to remand the case to the Circuit Court of Macon County, contending that she does not seek or claim more than $75,000. In response to a mutual agreement between counsel for the Plaintiff and Defendant, Plaintiff provided an Affidavit affirmatively stating that she does not seek and will not accept damages of more than $75,000. In light of that Affidavit, the removing Defendant will file a response, in which Defendant will state that no federal jurisdiction exists in this matter. The parties jointly consent to the jurisdiction of the undersigned magistrate judge pursuant to 28 U.S.C. § 636(c).

Accordingly, the Plaintiff's Motion to Remand is due to be granted and hereby is GRANTED, and the Clerk is DIRECTED to remand this action to the Circuit Court of Macon County from whence it was removed.

DATED the _____ day of October, 2006.

_____
CHARLES S. COODY
U.S. MAGISTRATE JUDGE