## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| MICHAELA MARTINA KING, ) | |
| a minor, by and through her next ) | |
| friend and mother, Maureen King, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 3:06-cv-854-WKW-CSC |
| ) | |
| JANIE KATHLEEN OSBORN ) | |
| ) | |
| Defendant. ) | |

### RESPONSE TO MOTION TO REMAND

Comes now the Defendant, Janie Kathleen Osborn, and responds to the Plaintiff's Motion to Remand as follows:

1. The attorney for the Plaintiff has represented Plaintiff's claims do not involve more than the jurisdictional minimum of $75,000.00.

2. The Plaintiff's attorney has also submitted a sworn Affidavit of the Plaintiff confirming that the Plaintiff does not seek damages in excess of $75,0000.00 and will remit and release any portion of a judgment or jury award in excess of $75,000.00.

3. The Defendant recognizes that, based on these representations, and the Affidavit filed by the Plaintiff, that this Court would lack subject matter jurisdiction

and the action should be remanded back to the State Court.

                    Respectfully submitted,

                    s/M. Keith Gann
                    M. Keith Gann
                    Thomas E. Bazemore, III
                    Attorneys for Defendant
                    Huie, Fernambucq & Stewart, LLP
                    Three Protective Center
                    2801 Highway 280 South
                    Birmingham, Alabama 35223
                    Telephone: (205) 251-1193
                    Facsimile: (205) 251-1256
                    mkg@hfsllp.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 27th day of October, 2006, electronically filed the above and foregoing **RESPONSE TO MOTION TO REMAND** with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to the following and that I have served non-CM/ECF participants by U.S. mail:

David M. Cowan, Esq.
MANN, COWAN & POTTER, P.C.
2000-B SouthBridge Parkway
Suite 601
Birmingham, Alabama 35209

R. Keith Thomas, Esq.
R. Keith Thomas, L.L.C.
404 South Main Street
Post Office Box 830899
Tuskegee, Alabama 36083

M. Brian Slaughter, Esq.
VARNER & ASSOCIATES
2600 Meadow Brook South
Suite 200
2600 Corporate Drive
Birmingham, Alabama 35242

                                              s/M. Keith Gann
                                              Of Counsel