**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   MACON COUNTY Circuit Court
   101 E. Northside St.,
   Tuskegee, AL 36083

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Eddie Mallard    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Eddie D. Mallard

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   3:06CV854
   #6 Order

Service Type:
☐ Express Mail
☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3465 0962

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540